**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____EASTERN_____ District of ____NEW YORK_____
                                    (State)

Case number (If known). _____ Chapter __11__

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2025 AUG 13 A 9:31

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | TANDEM ENTERPRISE LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4338931 |
| 4. | Debtor's address | **Principal place of business**<br>319 S Main Street<br>Freeport, NY 11520<br>Number Street   City State  & Zip Code<br>**NASSAU**<br>County | **Mailing address, if different from principal place of business**<br>317 S Main Street<br>Freeport, NY 11520<br><br>P.O. Box, Number Street   City State  & Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street  City State  & Zip Code |
| 5. | Debtor's website (URL) | |

Debtor  _TANDEM ENTERPRISE LLC_  
　　　　Name

Case number (if known) _____

### 6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☐ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . ___

**5313**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:

☐ Chapter 7  
☐ Chapter 9  
☒ Chapter 11. Check all that apply:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☐ No  
☒ Yes.  District **EASTERN DISTRICT**  When **05/12/2025**  Case number **25-71856**  
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____  When _____  Case number _____  
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor  ___TANDEM ENTERPRISE LLC___  Case number (if known)_____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When ___/___/_____
                                MM / DD /YYYY
      Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                    Number      Street

_____
City                        State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor ___TANDEM ENTERPRISE LLC___ Case number (if known)_____
       Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/09/2025_____

X _____/s/_____    ALAN RICHARTZ
Signature of authorized representative of debtor    Printed name

Title Managing Member_____

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____    State ____    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State ____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name  TANDEM ENTERPRISE LLC _____ United

States Bankruptcy Court for the:  _EASTERN_____ District of NEW YORK
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Centralized Insolvency Op P. O. Box 7346 Philadelphia, PA 19101 | | Notice Purposes | | | | Unknown |
| 2 | NYS Dept. of Tax. & Fin. Bankruptcy Section P.O. Box 5300 Albany, NY 12205 | | Notice Purposes | | | | Unknown |
| 3 | NATIONAL GRID PO BOX 371382 PITTSBURG, PA 15250-7382 | | Notice Purposes | | | | Unknown |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

# United States Bankruptcy Court
## Eastern District of New York

In re __TANDEM ENTERPRISE LLC__                                  Case No. _____

Debtor(s)                                                        Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __TANDEM ENTERPRISE LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**August 09, 2025** _____    TBD _____
Date                                            **ATTORNEY NAME**
                                                Signature of Attorney or Litigant
                                                Counsel for _____

# CORPORATE RESOLUTION

## OF

## TANDEM ENTERPRISE, LLC

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, ALAN RICHARTZ , do hereby certify that this Resolution of the Board of Directors of TANDEM ENTERPRISE, LLC. ("the Company"), a corporation duly organized and existing under the laws of NEW YORK authorizing the Company to file a voluntary bankruptcy petition was adopted on 08/09/2025.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to file a voluntary bankruptcy petition Pro Se on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by ALAN RICHARTZ, Managing Member to effectuate the intent of these resolutions are hereby ratified and approved.

Date: 08/09/2025

_____
Signature

_____
Name: ALAN RICHARTZ

_____
Title: Managing Member

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): TANDEM ENTERPRISE LLC_____ CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

[✔] NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.

[✔] NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

[ ] THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____
   CASE PENDING: (YES/NO):_____ [*If closed*] Date of Closing:_____
   CURRENT STATUS OF RELATED CASE:_____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*):_____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____
   CASE PENDING: (YES/NO):_____ [*If closed*] Date of Closing:_____
   CURRENT STATUS OF RELATED CASE:_____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*):_____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**DISCLOSURE OF RELATED CASES (cont'd)**

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ *[If closed]* Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): _____

**CERTIFICATION** (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that:
- The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.
- I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.

_____
Signature of Debtor's Attorney

*[signature]*
Signature of Pro-se Debtor/Petitioner
*as Managing member of Tandem Enterprise*

317 South Main Street
Mailing Address of Debtor/Petitioner

Freeport, New York 11520
City, State, Zip Code

tandementerprisellc@gmail.com
Email Address

516-459-3801
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**In Re:**                                                        **Case No.**

TANDEM ENTERPRISE LLC
317 S Main Street                                                **Chapter** 11
Freeport, NY 11520

**Debtor(s)**

-------------------------------------------------------x

## **VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS**

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York

_____
Debtor TANDEM ENTERPRISE LLC

_____
Joint Debtor

s/_____
Attorney for Debtor

BridgeWell Capital, LLC,
2400 Colonial Drive Ste 200
Orlando FL 32803

Internal Revenue Service
Centralized Insolvency Op
P.O. Box 7346 Philadelphia, PA 19101

NYS Dept. Of Tax & Fin. Bankruptcy Section
P.O. Box 5300
Albany, NY 112205